UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                   :
                                         :
    JESSE GIUNTA                       : Bankruptcy No. 11-21884REF
                                         :
        Debtor(s)                   : Chapter 13

## ORDER

AND NOW, this **27** day of **September**, 2012, upon consideration of the Trustee's Objection to Amended Claim of Exemptions, and after notice and hearing, it is hereby Ordered that the exemption claimed by the debtor pursuant to 11 U.S.C. §522(d)(10)(E) with respect to his interest in stock options is disallowed in its entirety.

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested Parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Curtis E. Barnes, Esq.
100 Kenhorst Boulevard
Reading, PA 19607-1534

Jesse Giunta
9 Lavern Court
Shillington, PA 19607

Dave Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107